# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Murphy, Diana E. | U.S.Court of Appeals (8th Cir) | 04/24/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (Active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. Courthouse
300 S. Fourth Street, 11E
Minneapolis, MN 55415

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Life Trustee | University of Minnesota Foundation |
| 2. | Trustee | University of St. Thomas |
| 3. | Director | Hill Museum and Manuscript Library |
| 4. | Director | Spencer Williams Foundation |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JOSEPH MURPHY BONDS (H) | | | | | | | | | |
| 2. AK ST 3.0% | C | Interest | | | Redeemed | 08/01/14 | L | A | |
| 3. ALEXANDRIA LAKE AREA SAN | C | Interest | L | T | | | | | |
| 4. ALEXANDRIA MN INDPT SCH | C | Interest | L | T | | | | | |
| 5. APPLE VLY MN SER D G/O | C | Interest | L | T | | | | | |
| 6. ANOKA MN PUB FACS SER A | C | Interest | L | T | | | | | |
| 7. BLOOMINGTON MN INDPT SCH | C | Interest | L | T | | | | | |
| 8. BLOOMINGTON MN 4.2% | B | Interest | | | Redeemed | 02/03/14 | L | A | |
| 9. BROOKLYN PARK MN | C | Interest | L | T | | | | | |
| 10. BROOKLYN CENTER MN INDPT | C | Interest | L | T | | | | | |
| 11. CHAMPLIN MN CROSSOVER | C | Interest | L | T | | | | | |
| 12. DAYTON MN 4% | B | Interest | | | Redeemed | 02/03/14 | L | A | |
| 13. EDEN PRAIRIE MN 4.5% | C | Interest | L | T | | | | | |
| 14. EDINA MN UTIL SER B | C | Interest | L | T | | | | | |
| 15. ELK RIVER MN 5% | C | Interest | | | Redeemed | 08/01/14 | L | A | |
| 16. WASHINGTON CNTY MN SER A | C | Interest | L | T | | | | | |
| 17. US TREASURY | | None | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. US TREASURY, | | None | P2 | T | | | | | |
| 19. US TREASURY, | | None | P1 | T | | | | | |
| 20. US TREASURY, | | None | P1 | T | Buy | 08/12/14 | P1 | | |
| 21. US TREASURY, | | None | | | Redeemed | 07/24/14 | N | A | |
| 22. US TREASURY, | | None | | | Sold (part) | 01/16/14 | K | A | |
| 23. US TREASURY, | | None | | | Redeemed | 06/26/14 | O | A | |
| 24. FRIDLEY MN INDPT SCH DST | C | Interest | L | T | | | | | |
| 25. GOLDEN VALLEY MN IMPT SER, | C | Interest | L | T | | | | | |
| 26. GOLDEN VALLEY MN IMPT SER C, | C | Interest | L | T | | | | | |
| 27. GOLDEN VALLEY MN IMPT SER C, | C | Interest | L | T | | | | | |
| 28. HENNEPIN CNTY MN REGL RR, | D | Interest | M | T | | | | | |
| 29. HENNEPIN CNTY MN SER B, | C | Interest | L | T | | | | | |
| 30. HENNEPIN CNTY MN SER A, | C | Interest | L | T | | | | | |
| 31. HOPKINS MN INDPT SCH, | C | Interest | M | T | | | | | |
| 32. HOPKINS MN SER A G/O, | C | Interest | L | T | | | | | |
| 33. MINNETONKA MN 5%, | B | Interest | | | Redeemed | 02/03/14 | L | A | |
| 34. MINNESOTA ST UNREFUNDED, | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MINNESOTA ST PREREFUNDED | A | Interest | J | T | | | | | |
| 36. MISSOURI ST HWYS, | C | Interest | L | T | | | | | |
| 37. MOUNDS VIEW MN ISD | C | Interest | L | T | | | | | |
| 38. MOUND MN UTIL SER B G/O, | C | Interest | L | T | | | | | |
| 39. MOUND MN RFDG TAX, | C | Interest | L | T | | | | | |
| 40. NORTH ST PAUL MN 4%, | C | Interest | L | T | | | | | |
| 41. NORTH ST PAUL MAPLEWOOD, | C | Interest | L | T | | | | | |
| 42. MINNEAPOLIS MN RFDG LIBR, | B | Interest | L | T | | | | | |
| 43. MINNESOTA ST UNREFUNDED, | B | Interest | K | T | | | | | |
| 44. MINNESOTA ST PREREFUNDED, | C | Interest | L | T | | | | | |
| 45. MOUNDS VIEW MN 4%, | B | Interest | | | Redeemed | 02/03/14 | L | | |
| 46. NORTHFIELD MN 3.75%, | B | Interest | | | Redeemed | 02/03/14 | L | | |
| 47. OMAHA NE VAR PURP SER A, | D | Interest | M | T | | | | | |
| 48. ORONO MN RFDG SER A G/O, | C | Interest | L | T | | | | | |
| 49. OLMSTED CNTY MN RESOURCE, | C | Interest | L | T | | | | | |
| 50. OLMSTED CNTY MN CAP IMPT, | C | Interest | L | T | | | | | |
| 51. OMAHA NE RFDG SER B G/O, - | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. OLMSTED CNTY MN CAP IMPT, | C | Interest | L | T | | | | | |
| 53. SAUK CENTER MN INDPT SCH DI, | C | Interest | L | T | | | | | |
| 54. ST PAUL MN INDPT SCH, | C | Interest | L | T | | | | | |
| 55. ST PAUL MN INDPT SCH, | C | Interest | L | T | | | | | |
| 56. ST PAUL MN INDPT SCH, | C | Interest | L | T | | | | | |
| 57. STAPLES MOTLEY MN INDPT, | C | Interest | L | T | | | | | |
| 58. RAMSEY CNTY MN CAP IMPT, | C | Interest | L | T | | | | | |
| 59. RAMSEY CNTY MN CAP IMPT, | B | Interest | L | T | | | | | |
| 60. RICHFIELD MN 4.125%, | B | Interest | | | Redeemed | 02/03/14 | L | | |
| 61. SOUTH WA WATERSHED DIST, | C | Interest | L | T | | | | | |
| 62. ROCHESTER MN WSTWTRA-SRA, | C | Interest | L | T | | | | | |
| 63. ROSEMOUNT MN 4.0%, | C | Interest | | | Redeemed | 08/01/14 | L | | |
| 64. SHAKOPEE MN CAP IMPT, | C | Interest | L | T | | | | | |
| 65. ST CLOUD MN PARKING PROJ, | C | Interest | L | T | | | | | |
| 66. ST MICHAEL MN INDPT SCH, | C | Interest | L | T | | | | | |
| 67. ST PAUL MN CAP IMPT STR, | C | Interest | L | T | | | | | |
| 68. SPRING LK PARK MN INDPT, | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. TEXAS ST UNREFUNDED BAL. | D | Interest | M | T | | | | | |
| 70. TEXAS ST PREREFUNDED, | A | Interest | J | T | | | | | |
| 71. WACONIA MNWTR SER B, | C | Interest | L | T | | | | | |
| 72. WASHINGTON CNTY MN SER A, | C | Interest | L | T | | | | | |
| 73. WASHINGTON 4.25%, | C | Interest | L | T | | | | | |
| 74. WAYZATA MN ISD# | C | Interest | L | T | | | | | |
| 75. WEST FARGO ND PUB SCH, | D | Interest | M | T | | | | | |
| 76. (H) | | | | | | | | | |
| 77. DIANA MURPHY BONDS (H) | | | | | | | | | |
| 78. ANOKA MN PUB FACS SER A, | C | Interest | L | T | | | | | |
| 79. BLOOMINGTON MN INDPT SCH, | C | Interest | L | T | | | | | |
| 80. CRYSTAL MN IMPT SER A, | C | Interest | L | T | | | | | |
| 81. US TREASURY, | | None | P1 | T | | | | | |
| 82. US TREASURY, | | None | P2 | T | | | | | |
| 83. US TREASURY, | | None | N | T | Buy | 08/12/14 | N | | |
| 84. US TREASURY, | | None | | | Redeemed | 06/26/14 | N | | |
| 85. EDEN PRAIRIE MN 4.5% | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Murphy, Diana E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. GOLDEN VALLEY MN IMPT SER, | C | Interest | L | T | | | | | |
| 87. HENNEPIN CNTY MN REGL RR, | D | Interest | M | T | | | | | |
| 88. HENNEPIN MN 4.5%, | C | Interest | | | Redeemed | 12/01/14 | L | | |
| 89. HOPKINS MN INDPT SCH, | B | Interest | L | T | | | | | |
| 90. MINNETONKA 4.1%, | B | Interest | | | Redeemed | 02/03/14 | L | | |
| 91. MINNESOTA ST UNREFUNDED, | D | Interest | M | T | | | | | |
| 92. MINNESOTA ST PREREFUNDED | A | Interest | J | T | | | | | |
| 93. MINNESOTA ST SER 2009 D, | C | Interest | L | T | | | | | |
| 94. MOUNDS VIEW MN ISD # | D | Interest | M | T | | | | | |
| 95. MOUND MN RFDG TAX, | C | Interest | L | T | | | | | |
| 96. MINNEAPOLIS MN RFDG LIBR, | B | Interest | L | T | | | | | |
| 97. OMAHA NE VAR PURP SER A, | D | Interest | M | T | | | | | |
| 98. ORONO MN RFDG SER A G/O, | C | Interest | L | T | | | | | |
| 99. RICHFIELD MN 4.125%, | B | Interest | | | Redeemed | 02/03/14 | L | | |
| 100. ST PAUL MN INDPT SCH, | C | Interest | L | T | | | | | |
| 101. SPRING LK PARK MN INDPT | C | Interest | L | T | | | | | |
| 102. TEXAS ST UNREFUNDED BAL, | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Murphy, Diana E. | 04/24/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  TEXAS ST PREREFUNDED, ▓▓▓ | A | Interest | J | T | | | | | |
| 104.  WEST FARGO ND PUB SCH, ▓▓▓ ▓▓ | D | Interest | M | T | | | | | |
| 105.  Wells Fargo NTL Tax Free MM Fund, Mpls, MN | A | Interest | O | T | | | | | |
| 106.  Wells Fargo Ntl Tax Free MM Fund, Mpls, MN | A | Interest | N | T | | | | | |
| 107.  Checking Acct, Wells Fargo Bk, Mpls, MN | A | Interest | J | T | | | | | |
| 108.  Trust, Wells Fargo Bk (mun bds & cash eq) | G | Interest | P2 | T | | | | | |
| 109.  IRA Robt W Baird & Co., Milw, WI | E | Interest | M | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.

            is ill and unable to assist with my report this year I had my banker assist me in completing Part VII. The report should be clearer and more exact as a result. Because she could not match the bond description in my 2013 report or use the FDR software, she sent a draft on an Excel spreadsheet. Then on 4/22/15 on the advice of        the attorney advisor in your office, I deleted all lines from 2013 report and input info supplied by banker with detailed bond and treasury notes descriptions with CUSIP #. All the lines are reorganized to list        bonds and notes first followed by my bonds and notes, with lines 105 thru 109 described same as on 2013 report but at end of report instead of at beginning of report.

Using as the key my 2013 report Part VII, the following is an explanation for bonds my banker was not able to match with my 2014 holdings: "The bonds listed on lines 7, 63, and 69 were disposed of and inadvertently reported on my 2013 report. (She also reported that Line 57 - Bond - So. MN Municipal (Y): "This asset is no longer held and can be deleted from the 2014 report" but I had explained that already in my 2013 report Part VIII. Redemption in 2013 of the bonds listed below, were not so reported and include the value /gain codes L/A:

Line 12 Bond - Chaska, MN      Redeemed 2/01/2013      L     A
Line 13 bond - Lake Elmo, MN Redeemed 2/01/2013     L     A
Line 16 Bond - St. Anthony, MN Redeemed 2/01/2013   L    (leave blank)
Line 33 Bond- Bloomington, MN Redeemed 8/1/2013    L     A
Line 39 Bond - Edina, MN Redeemed 02/01/2013         L     A "

USING as key my 2014 report here. I have included in Part VII lines for bonds that were inadvertently omitted from the prior reports. They are at Lines 5, 15, 31, 34, 35, 38, 43, 50, 52, 61, 67, 69, 70, 74, 88, 92 and 103. The date these bonds were acquired follows by line #:

Line 5 -6/15/11
Line 15- 6/4/04
Line 31 -6/13/11
Line 34 - 10/3/11
Line 35 -10/3/11
Line 38 - 3/22/07
Line 43- 12/28/05
Line 50 - 6/9/11
Line 52 - 5/25/11
Line 61 - 6/13/11
Line 67 - 4/25/06
Line 69 - 10/3/11
Line 70 - 10/3/11
Line 74 -6/23/11
Line 88 - 8/28/06
Line 92 - 10/3/11
Line 103 - 10/3/11.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Diana E. Murphy**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544